

IN THE
TENTH COURT OF APPEALS

————————————

No. 10-12-00052-CV

IN RE COLLEEN MYERS

————————————

Original Proceeding

MEMORANDUM OPINION

Relator, Colleen Myers, is the defendant in a personal injury suit brought by Britt and Christina Knighton, plaintiffs. Myers seeks the medical records which are related to routine mental anguish damages and medical expenses related thereto which the Knightons allege were caused by the automobile collision between Myers and Britt. The Knightons have resisted discovery based upon the "Confidentiality of Mental Health Information in Civil Cases" privilege. TEX. R. EVID. 510. Myers asserts that the litigation claim exception applies. *Id*. 510(d)(5).

We deny the petition. *In re Williams*, No. 10-08-00364-CV, 2009 Tex. App. LEXIS 1561 (Tex. App.—Waco March 4, 2009, orig. proceeding) (mem. op.).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed February 22, 2012
[OT06]